1  David D. Lawrence, State Bar No. 123039
   E-mail: dlawrence@lbaclaw.com
2  Emily B. Chai, State Bar No. 265166
   E-mail: echai@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California  91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

6  Attorneys for Defendant,
   SHERIFF LEROY D. BACA
7

8

9              **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  FEDERICO CORNEJO, individually, and as the personal representative and administrator of the ESTATE OF JIMMY CORNEJO; SYLVIA AMESQUITA, | Case No. CV 12-3242 SVW (SHx) |
| 13 | |
| 14 | **JUDGMENT IN FAVOR OF DEFENDANT SHERIFF LEROY D. BACA** |
| 15 | |
|    Plaintiffs, | NOTE COURT MODIFICATION |
| 16 | |
| 17  vs. | **MATTER FOR DETERMINATION BY HONORABLE STEPHEN V. WILSON** |
| 18 | |
| 19  COUNTY OF LOS ANGELES, A Governmental Entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, A Governmental Entity; LEROY D. BACA, Sheriff, individually and in his Official Capacity; and DOES 1 to 100, inclusive, | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
|    Defendants. | |
| 24 | |

25  ///

26  ///

27  ///

28

Cornejo Judgment

1

1     On October 30, 2012, the Court having granted summary judgment in favor of Defendant Sheriff Leroy D. Baca and against Plaintiffs Federico Cornejo and Sylvia Amesquita:

    IT IS ADJUDGED AND ORDERED that judgment is hereby entered in favor of Defendant SHERIFF LEROY D. BACA and against Plaintiffs FEDERICO CORNEJO and SYLVIA AMESQUITA.

Dated: November 8, 2012

_____
HONORABLE STEPHEN V. WILSON

2
Cornejo Judgment