**Rickey Ivie (#76864)**
**Jennifer R. Jacobs (#157609)**
**IVIE, McNEILL & WYATT**
**A Professional Law Corporation**
**444 S. Flower Street, Suite 1800**
**Los Angeles, California 90071**
**(213) 489-0028 / (213) 489-0552 Fax**
**email: rivie@imwlaw.com**

Attorneys for Defendant,
**COUNTY OF LOS ANGELES, A Governmental Entity**
**(also erroneously sued as LOS ANGELES COUNTY**
**SHERIFF'S DEPARTMENT, A Governmental Entity)**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO CORNEJO, individually, and as the personal representative and administrator of the ESTATE OF JIMMY CORNEJO; SYLVIA AMESQUITA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, A Governmental Entity, et al.<br>Defendants. | CASE NO. CV 12-3242-SVW (SHx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT COUNTY OF LOS ANGELES**<br><br>**Matter for determination by Hon. Stephen V. Wilson** |

On October 30, 2012, the Court having granted summary judgment in favor of Defendant County of Los Angeles and against Plaintiffs Federico Cornejo and Sylvia Amesquita:

IT IS ADJUDGED AND ORDERED that judgment is hereby entered in favor of Defendant COUNTY OF LOS ANGELES and against Plaintiffs FEDERICO CORNEJO and SYLVIA AMESQUITA.

DATED: November 16, 2012                            _____
                                                                              Hon. Stephen V. Wilson,
                                                                              United States District Judge